UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA RATZLAFF, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-23-1136-G |
| | ) |
| THE COMMONS, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Now before the Court is a Motion to Dismiss (Doc. No. 8), seeking dismissal of the claims raised in Plaintiff's original Complaint (Doc. No. 1). Plaintiff has now timely filed an Amended Complaint (Doc. No. 10). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991). Accordingly, the pending Motion to Dismiss (Doc. No. 8) is DENIED AS MOOT.

IT IS SO ORDERED this 26th day of June, 2024.

*[signature]*
CHARLES B. GOODWIN
United States District Judge